Kerry S. Doyle, Esq.
Nevada Bar No. 10866
DOYLE LAW OFFICE, PLLC.
8755 Technology Way, Ste. I
Reno, NV 89521
roger@rdoylelaw.com
kerry@rdoylelaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# IN AND FOR THE STATE OF NEVADA

| TAYLOR M. PAPPAS, an individual; | Case No: 3:18-cv-00098-MMD-WGC |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS** |
| NEVADA DEPARTMENT OF PUBLIC SAFETY, DIVISION OF PAROLE AND PROBATION; | |
| Defendant. | |

Plaintiff, Taylor M. Pappas, an individual, by and through her counsel of record, Doyle Law Office, PLLC, and Kerry S. Doyle, Esq. and Defendant the State of Nevada ex rel the Department of Public Safety, Division of Parole and Probation, by and through counsel Brandon R. Price, Deputy Attorney General, hereby stipulate to extend the time for Plaintiff to file her opposition to Defendant's motion to dismiss her complaint filed on May 9, 2018, pursuant to LR IA 6-2. The opposition is currently due today, May 23, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Doyle Law Office**

Kerry S. Doyle, Esq.
8755 Technology Way
Suite I
Reno, Nevada 89521
(775) 525-0889

kerry@rdoylelaw.com

1

Plaintiff has requested and Defendant has agreed to extend that time to Wednesday, May, 30 2018, to accommodate Plaintiff's counsel's schedule in other cases, including a settlement conference, deposition schedule, and family medical emergencies. This is the first stipulation for an extension of time.

**DATED** this 23 day of May, 2018.

DOYLE LAW OFFICE, PLLC

ADAM PAUL LAXALT
NEVADA ATTORNEY GENERAL

By:___/s/ Kerry Doyle_____
    KERRY S. DOYLE, ESQ.
    8755 Technology Way, Suite I
    Reno, Nevada 89521

By:___/s/ Brandon R. Price_____
    BRANDON R. PRICE, ESQ.
    Deputy Attorney General
    5420 Kietzke Lane, Suite 202
    Reno, Nevada 89511

    Attorneys for Taylor Pappas

    Attorneys for the State of Nevada ex rel
    Department of Public Safety, Division
    of Parole and Probation

IT IS SO ORDERED.

By:_____
    UNITED STATES DISTRICT JUDGE

Dated: _May 23, 2018_____

**Doyle Law Office**

Kerry S. Doyle, Esq.
8755 Technology Way
Suite I
Reno, Nevada 89521
(775) 525-0889

kerry@rdoylelaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28