Kerry S. Doyle, Esq.
Nevada Bar No. 10866
DOYLE LAW OFFICE, PLLC.
8755 Technology Way, Ste. I
Reno, NV 89521
roger@rdoylelaw.com
kerry@rdoylelaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# IN AND FOR THE STATE OF NEVADA

TAYLOR M. PAPPAS, an individual;

Plaintiff,

vs.

NEVADA DEPARTMENT OF PUBLIC SAFETY, DIVISION OF PAROLE AND PROBATION;

Defendant.
_____/

Case No: 3:18-cv-00098-MMD-WGC

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT**

Plaintiff, Taylor M. Pappas, an individual, by and through her counsel of record, Doyle Law Office, PLLC, and Kerry S. Doyle, Esq., and Defendant, the State of Nevada ex rel. its Department of Public Safety, Division of Parole and Probation, by and through its counsel of record, Adam Paul Laxalt, Attorney General for the State of Nevada, and Brandon R. Price, Deputy Attorney General, hereby stipulate to extend the time for Plaintiff to file her Amended Complaint. Pursuant to LR IA 6-1, the last day to file an Amended Complaint in this action is today, November 29, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Doyle Law Office
Kerry S Doyle, Esq
4600 Kietzke Lane
Suite I-207
Reno, Nevada 89502
(775) 525-0889
kerry@rdoylelaw com

1

Plaintiff has requested, and Defendant has agreed, to extend the deadline to file an Amended Complaint to Thursday, December 20, 2018, to accommodate Plaintiff's counsel's schedule in other cases, including a settlement conference, deposition schedule, and other scheduling conflicts. This is the first stipulation for an extension of time to file an amended complaint.

**DATED** this 29th day of NOVEMBER, 2018.

| | |
|---|---|
| DOYLE LAW OFFICE, PLLC | ADAM PAUL LAXALT<br>NEVADA ATTORNEY GENERAL |
| By: /s/ Kerry Doyle<br>KERRY S. DOYLE, ESQ.<br>8755 Technology Way, Suite I<br>Reno, Nevada 89521 | By: /s/ Brandon R. Price<br>BRANDON R. PRICE, ESQ.<br>Deputy Attorney General<br>5420 Kietzke Lane, Suite 202<br>Reno, Nevada 89511 |
| Attorneys for Taylor Pappas | Attorneys for the State of Nevada ex rel. its Department of Public Safety, Division of Parole and Probation |

IT IS SO ORDERED:

By: _____
UNITED STATES DISTRICT JUDGE

Dated: November 30, 2018

Doyle Law Office
Kerry S Doyle, Esq
4600 Kietzke Lane
Suite I-207
Reno, Nevada 89502
(775) 525-0889
kerry@rdoylelaw.com