# UNITED STATES DISTRICT COURT

# IN AND FOR THE STATE OF NEVADA

| | |
|---|---|
| TAYLOR M. PAPPAS, an individual;<br><br>Plaintiff,<br>vs.<br><br>NEVADA ex rel DEPARTMENT OF PUBLIC SAFETY, DIVISION OF PAROLE AND PROBATION; JAMES WRIGHT, in his official capacity; NATALIE WOOD, in her official capacity<br><br>Defendants.<br>_____/ | Case No: 3:18-cv-00098-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO OPPOSE MOTION FOR PARTIAL DISMISSAL OF AMENDED COMPLAINT** |

Plaintiff, Taylor M. Pappas, an individual, by and through her counsel of record, Doyle Law Office, PLLC, and Kerry S. Doyle, Esq., and Defendants, the State of Nevada ex rel. its Department of Public Safety, Division of Parole and Probation, James Wright, and Natalie Wood, by and through their counsel of record, Aaron D. Ford, Attorney General for the State of Nevada, Cameron P. Vandenberg, Chief Deputy Attorney General, and Brandon R. Price, Deputy Attorney General, hereby stipulate to extend the time for Plaintiff to file her opposition to the Motion for Partial Dismissal of the Amended Complaint. Pursuant to LR IA 6-1, the last day for Plaintiff to file her Opposition is tomorrow, January 24, 2019.

/ / /

/ / /

/ / /

/ / /

1

1 | Plaintiff has requested, and Defendant has agreed, to extend the deadline to file an Opposition to Thursday, February 7, 2019, to accommodate Plaintiff's counsel's responses to discovery requests in this case and schedule in other cases, including appellate briefing. This is the first stipulation for an extension of time to file an opposition to this motion.

**DATED** this 23rd day of JANUARY, 2019.

| DOYLE LAW OFFICE, PLLC | AARON FORD |
| --- | --- |
| | NEVADA ATTORNEY GENERAL |
| By: /s/ Kerry Doyle | By: /s/ Brandon R. Price |
| KERRY S. DOYLE, ESQ. | BRANDON R. PRICE, ESQ. |
| 8755 Technology Way, Suite I | Deputy Attorney General |
| Reno, Nevada 89521 | 5420 Kietzke Lane, Suite 202 |
| | Reno, Nevada 89511 |
| Attorneys for Taylor Pappas | Attorneys for the State of Nevada ex rel. its Department of Public Safety, Division of Parole and Probation, James Wright, and Natalie Wood |

IT IS SO ORDERED.

By: _____
UNITED STATES DISTRICT JUDGE

Dated: January 23, 2019