| | |
|---|---|
| TAYLOR M. PAPPAS, an individual; | Case No: 3:18-cv-00098-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS WITHOUT PREJUDICE** |
| NEVADA ex rel DEPARTMENT OF PUBLIC SAFETY, DIVISION OF PAROLE AND PROBATION; JAMES WRIGHT, in his official capacity; NATALIE WOOD, in her official capacity | |
| Defendants. | |

Plaintiff, Taylor M. Pappas, an individual, by and through her counsel of record, Doyle Law Office, PLLC, and Kerry S. Doyle, Esq. and Defendants, the State of Nevada ex rel. its Department of Public Safety, Division of Parole and Probation, James Wright, and Natalie Wood, by and through their counsel of record, Aaron D. Ford, Attorney General for the State of Nevada, Cameron Vandenberg, Chief Deputy Attorney General, and Brandon R. Price, Senior Deputy Attorney General, pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate to dismiss the action without prejudice, subject to the terms set forth herein, with each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

1

1    The parties further stipulate that Plaintiff waives any and all rights to appeal the decision

2    dismissing certain claims as being time-barred as set forth in this Court's Order dated October 30,

3    2018 (ECF No. 19).

4         **DATED** this 2nd day of April, 2019.

5
6    DOYLE LAW OFFICE, PLLC                    AARON D. FORD
                                               NEVADA ATTORNEY GENERAL
7
8    By:___/s/ Kerry Doyle_____        By:___/s/ Brandon R. Price_____
         KERRY S. DOYLE, ESQ.                      BRANDON R. PRICE, ESQ.
9        4600 Kietzke Lane, Suite I-207            Deputy Attorney General
         Reno, Nevada 89502                        5420 Kietzke Lane, Suite 202
10                                                 Reno, Nevada 89511

11       Attorneys for Taylor Pappas              Attorneys for the State of Nevada ex rel. its
                                                  Department of Public Safety, Division of
12                                                Parole and Probation, James Wright, and
                                                  Natalie Wood
13

14                                          IT IS SO ORDERED.

15

16

17                                          By:_____
                                                UNITED STATES DISTRICT JUDGE
18
                                            Dated: __April 3, 2019_____
19

20

21

22

23

24

25

26

27

28

                                            2